**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| RAFAEL AREVALO-OROZCO, a.k.a. Rafael Arevalo Orosco, | No. 06-70913 |
| Petitioner, | Agency No. A092-750-172 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 23, 2010[**]

Before:     LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Rafael Arevalo-Orozco, a native a citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

discretion the denial of a motion to reconsider, and review de novo questions of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

law and constitutional claims. *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002). We deny the petition for review.

The BIA did not abuse its discretion in denying Arevalo-Orozco's motion to reconsider because the motion failed to specify an error in the BIA's underlying order. *See* 8 C.F.R. § 1003.2(b)(1). Contrary to his contention, Arevalo-Orozco is ineligible for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), because his ground of removability lacks a statutory counterpart in a ground of inadmissibility. *See* 8 C.F.R. § 1212.3(f)(5); *Abebe v. Mukasey*, 554 F.3d 1203, 1207 & 1208 n.7 (9th Cir. 2009) (en banc). Arevalo-Orozco's remaining legal and constitutional challenges to the BIA's determination that he is ineligible for section 212(c) relief are unavailing. *See Abebe*, 554 F.3d at 1207 & 1208 n.7.

**PETITION FOR REVIEW DENIED.**